| | | | |
|---|---|---|---|
| In re B.R.K.; Appeal of E.F. | 1154 WDA 2016 Affirmed | 12/02/2016 | No. 21A–2016 O.C. (Jefferson) |
| In re K.J.K.; Appeal of E.F. | 1155 WDA 2016 Affirmed | 12/02/2016 | 22A–2016 O.C. (Jefferson) |
| Com. v. Kelly | 1375 EDA 2015 Affirmed Application to Withdraw as Counsel Granted | 12/05/2016 | CP–51–CR–0013001–2011 (Philadelphia) |
| Com. v. Nichols | 3438 EDA 2015 Affirmed | 12/05/2016 | CP–51–CR–0011197–2014 (Philadelphia) |
| Com. v. Wright | 3646 EDA 2015 Affirmed | 12/05/2016 | CP–51–CR–0011468–2012 (Philadelphia) |
| Com. v. Bryant [2] | 141 EDA 2016 Affirmed | 12/05/2016 | CP–51–CR–0209461–1998 CP–51–CR–0902151–1997 CP–51–CR–0902181–1997 CP–51–CR–0904981–1997 (Philadelphia) |
| Com. v. Carmichael | 484 EDA 2016 Affirmed | 12/05/2016 | CP–09–CR–0004515–2005 (Bucks) |
| Com. v. Johnson | 549 EDA 2016 Affirmed | 12/05/2016 | CP–51–CR–0003935–2011 CP–51–CR–0003936–2011 (Philadelphia) |
| Bayview Loan Servicing v. Burth | 592 EDA 2016 Affirmed | 12/05/2016 | 121201691 (Philadelphia) |
| Com. v. Doughlas | 697 EDA 2016 Affirmed | 12/05/2016 | CP–51–CR–0003070–2015 (Philadelphia) |
| Com. v. Langley | 801 EDA 2016 Affirmed | 12/05/2016 | CP–51–CR–0013927–2008 (Philadelphia) |
| Com. v. Mobley | 805 EDA 2016 Affirmed | 12/05/2016 | CP–51–CR–0014476–2008 (Philadelphia) |
| Com. v. Osco | 820 EDA 2016 Affirmed | 12/05/2016 | CP–48–CR–0002619–2013 (Northampton) |
| Com. v. Zeigafuse | 872 EDA 2016 Affirmed | 12/05/2016 | CP–48–CR–0001557–2014 (Northampton) |

2. Petition for reargument denied February 15, 2017.